Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,
MICHAEL SIRBU

**UNITED STATES DISTRICT COURT,**
**NORTHERN DISTRICT OF CALIFORNIA,**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MICHAEL SIRBU, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COLLECTO, INC. AKA CCA, ) <br> ) <br> Defendant. ) <br> ) | **Case No.: 3:09-cv-03951-EMC** <br><br> **NOTICE OF SETTLEMENT** <br><br> ORDER RESETTING CMC FROM 12/9/09 TO 2/10/10 AT 1:30 P.M. |

NOW COMES the Plaintiff, MICHAEL SIRBU, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

- 1 -

Notice of Settlement

1 | DATED: November 25, 2009          KROHN & MOSS, LTD.

2

3                                     By: /s/ Nicholas J. Bontrager

4                                         Nicholas J. Bontrager
                                          Attorney for Plaintiff
5

6

7

8  IT IS SO ORDERED that the CMC set for 12/9/09 at 1:30 p.m. is reset to 2/10/10 at 1:30 p.m. A joint CMC statement is due 2/3/10.

9

10  _____

11  Edward M. Chen
    U.S. Magistrate Judge



- 2 -

Notice of Settlement