IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SIRBU,<br>            Plaintiff,<br><br>v.<br><br>COLLECTO, INC. dba<br>COLLECTION COMPANY OF<br>AMERICA<br><br>            Defendant. | CASE NO. 3:09-CV-03951-EMC<br><br>**[PROPOSED] ORDER RE:<br>STIPULATION RE DISMISSAL OF<br>ENTIRE ACTION AND ALL<br>PARTIES, WITH PREJUDICE**<br><br>**[FILED CONCURRENTLY WITH<br>STIPULATION RE DISMISSAL OF<br>ENTIRE ACTION AND ALL<br>PARTIES, WITH PREJUDICE]** |

The Court has reviewed the Stipulation of Plaintiff MICHAEL SIRBU and Defendant COLLECTO, INC. dba COLLECTION COMPANY OF AMERICA ("Defendant") to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Stipulation between the parties, the Court orders as follows:

/ / /

/ / /

/ / /

1.    That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1).  Each party shall bear their own costs and expenses.

**IT IS SO ORDERED**

DATED:   12/17/09

_____
UNITED STATES DISTRICT JUDGE



2

06075.00:160131

[PROPOSED] ORDER RE:
STIPULATION RE DISMISSAL
CASE NO. 3:09-cv-03951-EMC